| | |
|---|---|
| 1 | Edward Rubacha (No. 011689) |
| 2 | E-mail: ER@JHC.Law<br>**JENNINGS, HAUG & CUNNINGHAM, L.L.P.** |
| 3 | 2800 N. Central Avenue, Suite 1800<br>Phoenix, AZ  85004-1049 |
| 4 | Telephone:   602-234-7800<br>Facsimile:     602-277-5595 |
| 5 | Attorneys for Ragle, Inc. |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Composite Construction, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Ragle, Inc., an Indiana corporation; John/Jane Does 1-10; ABC Business Entities 1-10,<br><br>Defendants. | Case No.: 4:20-cv-00392-SHR<br><br>**Corporate Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of Ragle, Inc. in compliance with the provisions of: (*check one*)

☒ Rule 7.1 Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file

a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *Attach additional pages if needed.*)

_____  Relationship _____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identify of corporation and the nature of financial interest. (Attach additional pages if needed.)*

☐ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 15th day of September, 2020.

JENNINGS, HAUG & CUNNINGHAM, L.L.P.

s/ Edward Rubacha (#011689)
Edward Rubacha
Attorneys for Ragle, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2020, I electronically transmitted a **Corporate Disclosure Statement** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

- **Alana Lynn Porrazzo**
  ALP@JHC.law,CD@JHC.law
- **Maxwell Thomas Riddiough**
  Max@thompsonkrone.com
- **Edward Rubacha**
  er@jhc.law,sh@jhc.law,docket@jhc.law
- **Evan Lance Thompson**
  evan@thompsonkrone.com

s/ Sheryl Higgins
Sheryl Higgins

3